## IN THE SUPERIOR COURT OF GUAM

IN THE MATTER OF THE ESTATE )
) CASE NO. PR0064-13
)
OF )
)
) DECISION AND ORDER
)
VINCENT BAZA SANTOS, )
)
)
Deceased. )
)

## INTRODUCTION

This matter came before the Honorable Judge VERNON P. PEREZ on July 26, 2013 for a Letters of Administration hearing. The Petitioner, Rosario B. Anderson ("Anderson") was represented by Attorney Peter F. Perez. The Objector, David L.G. Baza ("Baza") was represented by Attorney Charles H. McDonald II. The Court now issues its order.

## DISCUSSION

On July 26 2013, the Court heard arguments from both parties regarding the determination of nominee priority when granting Letters of Administration. The Court requested that both parties submit memoranda of points and authorities within three weeks from that date. Anderson filed her Memorandum in Support of Appointment on August 16, 2013. Baza filed his Supplemental Memorandum in Support of Objection to Petition four days later on August 20, 2013. Anderson argues that the Court should not consider Baza's submission as it is untimely. Although the Court acknowledges Baza's submission as beyond the requested three week filing date, the Court will decide the matter on the merits.

At issue is which of the parties has priority to serve as the administrator of the Decedent's estate. Granting letters of administration is governed by 15 GCA Ch. 8.

Decision and Order
Case No. PR0064-13

Specifically, 8 GCA § 1807 provides that:

> Letters of administration may be granted to one or more competent person, although not otherwise entitled to the same, at the written request of the person entitled to the same, at the written request of the person entitled or of a child, grandchild, parent, brother or sister of the decedent who would be entitled but for his nonresidence in Guam, filed in the Superior Court of Guam. *If the person making the request referred to hereinabove is a child, grandchild, parent, brother or sister of the decedent, the nominee shall have priority next after those in the class of the person making the request*; otherwise the Superior court of Guam, in its discretion may grant letters of administration either to such nominee or to a person of a class subsequent in rank to that of the person making the request, *but other persons of the class of the person making the request shall have priority over such nominee.* 8 GCA § 1807 (2013).

In this case, Anderson is the great-granddaughter of the decedent. She has been nominated by her uncle, Roque Pablo, grandson of the decedent, and by her siblings as the children of her deceased father, Jesus Duenas Baza, also a grandson of the Decedent. Baza is also a grandson of the decedent. Anderson argues that, as the nominee of a grandson of the decedent, she is of the same class as Baza for the purposes of priority. Baza argues that Anderson, as a nominee, only has priority over persons in classes subsequent to the nominator, Roque Pablo. Therefore, because Baza is of the same class as nominator, Anderson belongs to a subsequent class for the purposes of priority. The Court agrees with the Baza. The person making the request (the nominator, Roque Blas) is a grandchild of the decedent. Under the statute, Anderson, as nominee has priority next *after* those in the class of the person making the request. The plain language of 15 GCA § 1807 places Anderson in a class subsequent to that of Baza's. Thus, the Court concludes that Baza has priority over Anderson for purposes of granting letters of administration.

Decision and Order
Case No. PR0064-13

# ORDER

IT IS THEREFORE ORDERED AND ADJUDGED BY THE COURT that David L.G. Baza be appointed Administrator of the Estate of Vincent Baza Santos; and that letters of Administration be issued to David L.G. Baza.

**SO ORDERED** this ____ of September 2013.

HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM

I hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam. Dated at Hagåtña, Guam

SEP 1 9 2013

Linda M. Perez

Deputy Clerk, Superior Court of Guam

Decision and Order
Case No. PR0064-13